COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Eugene Mayes v. The State of Texas

Appellate case number:     01-21-00584-CR

Trial court case number:    1604085

Trial court:                209th District Court of Harris County

Appellant, Eugene Mayes, timely filed a notice of appeal from the trial court's October 26, 2021 Judgment Adjudicating Guilt. Appellant's brief was initially due to be filed by January 27, 2022. *See* TEX. R. APP. P. 38.6(a). On January 26, 2022, appellant's court-appointed counsel filed a motion for extension of time to file appellant's brief, requesting that the deadline for filing appellant's brief be extended by a period of one hundred and twenty days.

The motion is **granted**. Appellant's brief is due to be filed **within one hundred and twenty days of the date of this order**. **No further extensions will be considered by the Court**. Failure to file a brief by the extended deadline will result in the appeal being abated for the trial court to hold a hearing to make findings regarding the reason for the failure to timely file a brief, to determine if counsel has abandoned the appeal, and if so, whether new counsel should be appointed to represent appellant in his appeal.

It is so ORDERED.

Judge's signature:       _____/s/ Amparo Guerra_____
                        ☑ Acting individually     ☐ Acting for the Court

Date:   ___February 8, 2022____